UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-62278-CIV-WILLIAMS

GEORGE AMADOR,

       Plaintiff,

vs.

JONES LANG LASALLE AMERICAS, INC.,

       Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following a jury trial held from May 1, 2017 to May 4, 2017. The Jury having rendered its verdict (DE 142), it is **ORDERED AND ADJUDGED** as follows:

    1.    Final judgment is **ENTERED** in favor of Defendant Jones Lang LaSalle Americas, Inc. and against Plaintiff George Amador. Plaintiff George Amador shall take nothing from his claims.

    2.    All remaining motions are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 4th day of May, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE