UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 15-62278-CIV-Williams/Becerra

GEORGE AMADOR,             11th Cir. No. 17-12281-HH

   Plaintiff/Appellant,

vs.

JONES LANG LASALLE AMERICAS,
INC.,             **Defendant's Satisfaction of Judgment**

   Defendant/Appellee.
_____/

    I, Thomas Ringel, attorney for the defendant/appellee, Jones Lang Lasalle Americas, Inc., in the above-style cause, do hereby acknowledge the satisfaction of the costs orders and judgments entered in this case and the related appeal (DE 158, 159, 173, 174), against the plaintiff/appellant, George Amador, with Check No. 5029 in the amount of $6,331.66.

_____
THOMAS RINGEL

   WITNESS my hand and seal this 29 day of April, 2020.

STATE OF FLORIDA

COUNTY OF Miami-Dade

    BEFORE ME, the undersigned authority, personally appeared, Thomas Ringel who is personally known to me, and who is to me known to be the person described in and who after first being duly sworn, executed the foregoing Defendant's Satisfaction of Judgment and acknowledge before me that he / she executed same voluntarily.

    WITNESS my hand and official seal in the County and State last aforesaid this 29 day of April, 2020.

_____
NOTARY PUBLIC, State of Florida

Carmen J. Cease

Print Name: 

My Commission Expires: 



CARMEN J. CEASE
Commission # GG 953794
Expires February 15, 2024
Bonded Thru Budget Notary Services

Page 1 of 2

**If Notary is unavailable:**

<u>Unsworn Declaration of Gabriel A. Lievano, Esquire,</u>
<u>Under Penalty of Perjury Pursuant to 17 U.S.C. §1746 and § 92.525, Florida Statutes</u>

Under penalties of perjury, I declare that I have read the foregoing **Defendant's Satisfaction of Judgment** and that the facts stated in it are true.

THOMAS RINGEL
Date: 4/29/20

<u>Copies provided to: Counsel of Record for the parties</u>:

George Amador, 10556 NW 36th St., Coral Springs, FL 33065

Jones Lang Lasalle Americas, Inc., 525 William Penn Place No. 925, Pittsburgh, PA 15219

\\amlong3\cpshare\CPWin\HISTORY\200316_0001\1439.19E